MILTON HACKETT V. THE STATE.

No. 9816.   Delivered Jan. 20, 1926.

**Manslaughter—No Bills of Exception—Evidence Sufficient.**

Where, on a trial for manslaughter, no bills of exception appear in the record, and the evidence being ample to support the verdict, the judgment is affirmed.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction of manslaughter, penalty five years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for manslaughter with punishment fixed at five years' confinement in the penitentiary.

Certain objections were urged to the charge of the court which appear without merit when considered in connection with the charge as a whole. No bills of exception are found in the record. We think a detailed statement of the evidence is not called for. It is amply sufficient to support the verdict and would have authorized a conviction for a higher grade of homicide than manslaughter.

The judgment is affirmed.

*Affirmed.*